**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**BOBBY F. McREYNOLDS**                                                              **PLAINTIFF**

**v.                     Civil No. 06-2209**

**SEQUOYAH COUNTY CRIMINAL
JUSTICE AUTHORITY; CHRISTINE
CALBERT, Jail Administrator;
HANK SLAPE, Jail Operations Manager,
et al.**                                                                                **DEFENDANTS**

### O R D E R

Now on this 22nd day of January, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #4, filed December 29, 2006), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **transferred to the Eastern District of Oklahoma pursuant to 28 U.S.C. § 636(b)(1). The Court will leave the issue of whether the defendants should be served to be decided by the Eastern District of Oklahoma.**

**IT IS SO ORDERED.**

                                                               **/s/Jimm Larry Hendren
                                                               HON. JIMM LARRY HENDREN
                                                               UNITED STATES DISTRICT JUDGE**